UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| DEBRAE BISHOP,                              )<br>                                                      )<br>           PLAINTIFF     )<br>                                                      )<br>v.                                                  )<br>                                                      )<br>SAUDI ARABIAN AIRLINES,       )<br>                                                      )<br>           DEFENDANT    ) | CIVIL NO. 1:14-CV-549-DBH |

## ORDER ON PLAINTIFF'S MOTION TO DISMISS

The plaintiff has filed a letter stating that she is unable to proceed with her claim in this case "because I no longer have documentation supporting my claim." (ECF No. 18)  I treat the filing as a motion to dismiss.  The defendant has responded, consenting to the dismissal and asking that it be with prejudice and without costs to either party.  The plaintiff has not replied to the defendant's filing.

Accordingly at this time, I **GRANT** the motion and order that the complaint be dismissed with prejudice and without costs to either party.

SO ORDERED.

DATED THIS 14TH DAY OF OCTOBER, 2015

/S/ D. BROCK HORNBY
**D. BROCK HORNBY**
UNITED STATES DISTRICT JUDGE